IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
MISC.# 3:05MC342-MU

FILED
CHARLOTTE, N. C.

NOV 18 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

FOR THE MATTER OF THE DESTRUCTION
OF WEAPONS OWNED BY THE U.S. PROBATION
OFFICE FOR THE WESTERN DISTRICT OF
NORTH CAROLINA

### ORDER

THIS MATTER is before the Court on request of the Chief U.S. Probation Officer for the Western District of North Carolina and arises from the need to destroy excess government owned weapons. The attached list of weapons which are identified by serial number, manufacturer and model number will be destroyed under the guidelines of the Bureau of Alcohol, Tobacco, Firearms and Explosives (BATFE) and Administrative Office of the U.S. Courts (AO).

Now; therefore, IT IS ORDERED that the U.S. Probation Office destroy the identified weapons using the procedures set forth by the BATFE and AO.

This Order shall take effect immediately.

IT IS SO ORDERED this 18th day of November, 2005.

Graham C. Mullen
Chief U.S. District Court Judge



# 142 PROBATION OWNED WEAPONS TO BE DESTROYED

These weapons were transferred from other federal law enforcement agencies and used by the U.S. Probation Office W/NC for service or training weapons and are no longer needed. They are listed in the InfoWeb Inventory.

| serial | brand | model | locn |
|---|---|---|---|
| 157-41964 | Ruger | Security 6 | Charlotte<BR>200 South College Street |
| 15K2756 | Smith & Wesson | 10 | Charlotte<BR>200 South College Street |
| 162-20110 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-20163 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-20421 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-20525 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-20531 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-20784 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-20861 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-21042 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-21067 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-21165 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-21306 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-21319 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-21387 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-21447 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-21550 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-21630 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-21759 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-21925 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-22158 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-22271 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-22351 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-22388 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-22402 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-22513 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-22562 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-22638 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-22642 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-22710 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-22734 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-22741 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-22999 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-23168 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-23245 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-23502 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-23567 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-23807 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-23859 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-23930 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-23972 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-24026 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-24039 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-24056 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-24071 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-24093 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-24103 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-24154 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |

| Serial | Make | Model | Location |
|---|---|---|---|
| 162-24155 | Ruger | Speed-Six | Charlotte<BR>200 South College Street |
| 162-24182 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-24195 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-24196 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 162-24212 | Ruger | Speed 6 | Charlotte<BR>200 South College Street |
| 19K0835 | Smith & Wesson | 15-3 | Charlotte<BR>200 South College Street |
| 19K4680 | Smith & Wesson | 10 | Charlotte<BR>200 South College Street |
| 3K33815 | Smith & Wesson | 67 | Charlotte<BR>200 South College Street |
| 6D86574 | Smith & Wesson | 13 | Charlotte<BR>200 South College Street |
| 8D74583 | Smith & Wesson | 13-2 | Charlotte<BR>200 South College Street |
| 8K56353 | Smith & Wesson | 15-3 | Charlotte<BR>200 South College Street |
| 8K56643 | Smith & Wesson | 15-3 | Charlotte<BR>200 South College Street |
| 8K57887 | Smith & Wesson | 15-3 | Charlotte<BR>200 South College Street |
| 941699 | Smith & Wesson | Det Special | Charlotte<BR>200 South College Street |
| 9D00693 | Smith & Wesson | 13-2 | Charlotte<BR>200 South College Street |
| 9D00862 | Smith & Wesson | 13-2 | Charlotte<BR>200 South College Street |
| 9D01224 | Smith & Wesson | 13 | Charlotte<BR>200 South College Street |
| 9D98983 | Smith & Wesson | 13 | Charlotte<BR>200 South College Street |
| AA098810 | Smith & Wesson | 10-5 | Charlotte<BR>200 South College Street |
| AAV9800 | Smith & Wesson | 13 | Charlotte<BR>200 South College Street |
| ACE3033 | Smith & Wesson | 13 | Charlotte<BR>200 South College Street |
| ACY 7951 | Smith & Wesson | 13-3 | Charlotte<BR>200 South College Street |
| ACY 8170 | Smith & Wesson | 13-3 | Charlotte<BR>200 South College Street |
| ACY-7639 | Smith & Wesson | 13 | Charlotte<BR>200 South College Street |
| ACY-7670 | Smith & Wesson | 13-3 | Charlotte<BR>200 South College Street |
| ACY-7860 | Smith & Wesson | 13 | Charlotte<BR>200 South College Street |
| ACY7705 | Smith & Wesson | 13 | Charlotte<BR>200 South College Street |
| ACY7812 | Smith & Wesson | 13-3 | Charlotte<BR>200 South College Street |
| AEF-7488 | Smith & Wesson | 13 | Charlotte<BR>200 South College Street |
| AEF-8221 | Smith & Wesson | 13 | Charlotte<BR>200 South College Street |
| AFC 6075 | Smith & Wesson | 13-3 | Charlotte<BR>200 South College Street |
| AFC5940 | Smith & Wesson | 13 | Charlotte<BR>200 South College Street |
| AFC6270 | Smith & Wesson | 13 | Charlotte<BR>200 South College Street |
| AFL 7223 | Smith & Wesson | 13-3 | Charlotte<BR>200 South College Street |
| AFL 7293 | Smith & Wesson | 13-3 | Charlotte<BR>200 South College Street |
| AFL-7121 | Smith & Wesson | 13 | Charlotte<BR>200 South College Street |
| ALD 0927 | Smith & Wesson | 13-3 | Charlotte<BR>200 South College Street |
| ALD 1098 | Smith & Wesson | 13-3 | Charlotte<BR>200 South College Street |
| ALD-0919 | Smith & Wesson | 13 | Charlotte<BR>200 South College Street |
| ANC 3474 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| ANC 4206 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| ANE 6505 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| ANE 6654 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| ANE 6755 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| ANE 6901 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| ANE 6911 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| ANE 8982 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| ANE 9183 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| ANE 9319 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| ANE 9602 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| ANE 9652 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| ANE 9731 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| ANE 9880 | Smith & Wesson | 07/22/97 | Charlotte<BR>200 South College Street |
| ANE 9913 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| ANE 9956 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| ANE6698 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |

| Serial | Make | Model | Location |
|---|---|---|---|
| ANF 0084 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| ANF 0153 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| ANF 0447 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| ANF0165 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| AZH 1690 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| AZH 1696 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| BAB 8126 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| BAU 0935 | Smith & Wesson | 686 | Charlotte<BR>200 South College Street |
| D401893 | Smith & Wesson | 10-5 | Charlotte<BR>200 South College Street |
| D518900 | Smith & Wesson | 10 | Charlotte<BR>200 South College Street |
| D678350 | Smith & Wesson | 10-5 | Charlotte<BR>200 South College Street |
| D679692 | Smith & Wesson | 10 | Charlotte<BR>200 South College Street |
| D679742 | Smith & Wesson | 10-5 | Charlotte<BR>200 South College Street |
| D680195 | Smith & Wesson | 10-5 | Charlotte<BR>200 South College Street |
| D680329 | Smith & Wesson | 10 | Charlotte<BR>200 South College Street |
| D680927 | Smith & Wesson | 10-5 | Charlotte<BR>200 South College Street |
| D681041 | Smith & Wesson | 10 | Charlotte<BR>200 South College Street |
| D681697 | Smith & Wesson | 10-5 | Charlotte<BR>200 South College Street |
| D682068 | Smith & Wesson | 10-5 | Charlotte<BR>200 South College Street |
| D682131 | Smith & Wesson | 10-5 | Charlotte<BR>200 South College Street |
| D697425 | Smith & Wesson | 10 | Charlotte<BR>200 South College Street |
| D698744 | Smith & Wesson | 10 | Charlotte<BR>200 South College Street |
| D699013 | Smith & Wesson | 10 | Charlotte<BR>200 South College Street |
| D699462 | Smith & Wesson | 10-5 | Charlotte<BR>200 South College Street |
| D700092 | Smith & Wesson | 10 | Charlotte<BR>200 South College Street |
| D700969 | Smith & Wesson | 10-5 | Charlotte<BR>200 South College Street |
| D701267 | Smith & Wesson | 10 | Charlotte<BR>200 South College Street |
| D701871 | Smith & Wesson | 10-5 | Charlotte<BR>200 South College Street |
| D702275 | Smith & Wesson | 10 | Charlotte<BR>200 South College Street |
| D803465 | Smith & Wesson | 10--5 | Charlotte<BR>200 South College Street |
| E39573Z | Baretta | 92FS | Charlotte<BR>200 South College Street |
| J782406 | Smith & Wesson | 36-1 | Charlotte<BR>200 South College Street |
| N610481 | Smith & Wesson | 27-2 | Charlotte<BR>200 South College Street |
| S089230 | Walther | PPK | Charlotte<BR>200 South College Street |
| S089247 | Walther | PPK | Charlotte<BR>200 South College Street |
| S089269 | Walther | PPK | Charlotte<BR>200 South College Street |
| TJB 8168 | Smith & Wesson | 3913 | Charlotte<BR>200 South College Street |
| TJB 8865 | Smith & Wesson | 3913 | Charlotte<BR>200 South College Street |